# Law Office of Adalgiza A. Núñez, LLC
24 Commerce Street, Suite 1825
Newark, New Jersey 07102

Office: 973-936-8519
Fax: 973-241-5063

Email: nunez@adanunezlaw.com
Website: www.adanunezlaw.com

NOV 2 0 2019

November 14, 2019

> Mr. Montesino's request is hereby granted. The sentencing scheduled for November 26, 2019 is adjourned to January 8, 2020 at 11 a.m. Pursuant to the Court's Individual Practices in Criminal Cases, sentencing submissions from the Defendant are due one week prior to sentencing. The Government's submission is due three days prior to sentencing.
> SO ORDERED.

**FILED ELECTRONICALLY**
Hon. Alison J. Nathan, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE:   Request for Adjournment of Sentencing
United States v. Dorfi Montesino
Docket Number 1:18-cr-00526

Dear Judge Nathan,

Please accept this letter as a request for adjournment of the sentencing in the above referenced matter. The sentencing is currently scheduled for November 26, 2019, at 11 a.m.. This is the second request for adjournment of sentencing. The first request was granted on October 28, 2019.

As noted in our previous request, we are collecting documents for support of our sentencing submission. Specifically, a psychologist report being prepared by Dr. Rhonda Greenberg. Dr. Greenberg needs to interview Mr. Montesino one more time prior to completing her report. We have submitted the request to the Metropolitan Correctional Center for Dr. Greenberg to conduct her interview and are awaiting a response.

We therefore request an additional thirty-day adjournment to give Dr. Greenberg time to complete her interview and report. The Government consents to this request. Please feel free to contact me at the above telephone number or email. Thank you for your consideration of this request.

SO ORDERED: 11/20/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Adalgiza A. Núñez, Esq.