DOCUMENT
ELECTRONICALLY FILED
JAN 0 7 2020

# Law Office of Adalgiza A. Núñez, LLC
24 Commerce Street, Suite 1825
Newark, New Jersey 07102

Office: 973-936-8519
Fax: 973-241-5063

Email: nunez@adanunezlaw.com
Website: www.adanunezlaw.com

January 7, 2019

SO ORDERED: 1/7/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**FILED ELECTRONICALLY**
Hon. Alison J. Nathan, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE:   Request for Adjournment of Sentencing
United States v. Dorfi Montesino
Docket Number 1:18-cr-00526

Dear Judge Nathan,

Please accept this letter as a request for adjournment of the sentencing in the above referenced matter. The sentencing is currently scheduled for tomorrow, January 8, 2020, at 11 a.m.. This is the third request for adjournment of sentencing. The first and second requests were granted on October 28, 2019 and November 20, 2019.

The Government and the Defense were discussing the possibility of a safety valve proffer up until yesterday. Unfortunately, we could not reach a resolution and are still in disagreement regarding whether Mr. Montesino meets the truthfulness requirement of Title 18, United States Code, Section 3553(f). Therefore, by way of this letter we also ask the Court to schedule a Fatico Hearing.

The Government consents to this request. Please feel free to contact me at the above telephone number or email. Thank you for your consideration of this request.

Respectfully submitted,

Adalgiza A. Núñez, Esq.

Mr. Montesino's sentencing is adjourned *sine die*. A *Fatico* hearing is hereby scheduled for February 11, 2020 at 1 p.m.
SO ORDERED.