# Law Office of Adalgiza A. Núñez, LLC

24 Commerce Street, Suite 1825
Newark, New Jersey 07102

Office: 973-936-8519
Fax: 973-241-5063

Email: nunez@adanunezlaw.com
Website: www.adanunezlaw.com

[Stamp: FEB 1 0 2020]

February 10, 2020

SO ORDERED: 2/10/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**FILED ELECTRONICALLY**
Hon. Alison J. Nathan, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE:   Fatico Hearing and Sentencing
      United States v. Dorfi Montesino
      Docket Number 1:18-cr-00526

Dear Judge Nathan,

This matter is scheduled for a hearing for February 11, 2020, regarding Dorfi Montesino's eligibility for a lower sentence under the Safety Valve statute. We would like to withdraw our request for the hearing and ask that the matter be scheduled for sentencing. The Assistant United States Attorney consents to this request.

Please advise if this matter will go forward tomorrow as a sentencing hearing or if the sentencing will be scheduled for another date. Please feel free to contact me at the above telephone number or email. Thank you for your consideration of this request.

Regards,

Adalgiza A. Núñez, Esq.

> The *Fatico* hearing scheduled for February 11, 2020 is hereby adjourned. Defendant's sentencing is hereby scheduled for February 21, 2020 at 10 a.m.
> SO ORDERED.