USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Dorfi Montesino,

            Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     At the sentencing held on February 21, 2020, the Court ordered Defendant to file redacted versions of the letters attached as Exhibit A to his sentencing submission on the public docket. As of the date of this Order, he has not done so. Accordingly, Defendant is ordered to file the redacted letters by April 10, 2020.

     SO ORDERED.

Dated: April 3, 2020
       New York, New York

                              ALISON J. NATHAN
                              United States District Judge