UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dorfi Montesino,

              Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter by mail seeking compassionate release. The Court construes this letter as a request for relief pursuant to 18 U.S.C. § 3582(c)(1)(A). Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby appoints Michael Tremonte to represent Mr. Montesino in connection with his request for relief. Within three weeks of this Order, Ms. Tremonte shall meet and confer with the Government and the parties shall jointly propose a briefing schedule.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Montesino.

    SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                  ALISON J. NATHAN
                                  United States District Judge

18CR526

RECEIVED
JUL 22 2021
U.S.D.C. S.D.N.Y.
COMPLETED

Dorfi Montesino
Reg. No. 85982-054
Bldg 5752
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Dated July 11, 2021

Honorable Alison J. Nathan
U.S. District Judge
One Saint Andrew's Plaza
New York, NY 10007

Honorable Judge Alison J. Nathan,

    Please accept this letter in lieu of a more formal motion as I cannot afford a lawyer. I am a 38 year old who is serving a 60 month sentence. I have about half of my sentence served. I am a non-violent offender with low-flight risk. I have a low risk for recidivism as I was on supervised release prior to sentencing without any incidents for over a year. I am a low security status inmate. If release I would work at our family-owned business, Velvet Lush Boutique. I would be staying with my wife, my mother, and my three children at 66 Horizon Ter, Howthorne, NJ. My eldest son's mother past away leaving the burden to my other and wife who is trying to run a business. My mother who is currently recovering from lung cancer has been found to be disabled and unable to perform any meaningful work. I'm sincerely asking you to let me get back to my family.

    I am currently housed at FCI Fort Dix. Previously I was incarcerated at MDC Brooklyn where I was on lockdown for over a year. The experience was extremely harsh, with beyond typical conditions and what I was expected to face at sentencing, because of the COVID-19 pandemic. I was scared for my life when I became infected with COVID-19 and almost died. Because I was in MDC Brooklyn for so long, it has affected my ability to participate in the RDAP drug program. It supports extraordinary and compelling reasons to reduce a

-1-

sentence.

My mother needs help and I am the only available person who can provide care giving attention. I have an 8 year old son out there without a mother and father with no one too look up to. My son's psychologist tells me that my son needs his father back in his life, and that he has been falling behind in school. I can provide care for my son plus I'm the only child from my mother. Growing up I never got into trouble and I have never been to prison before.

On April 27th, 2021 I sent a request to the warden of FCI Fort Dix. More than 30 days have elapsed, satisfying the administrative remedies requirements.

On the day of my sentencing, I cried not for myself. I cried for my family that I abandoned. Please, I'm asking from my heart for another opportunity to be there for my family after this harsh time under the pandemic.

Respectfully Submitted,

Dorfi Montesino

*[signature: Dorfi Montesino]*