UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dorfi Montesino,

Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 29, 2021, the Court ordered the Government and CJA counsel Michael Tremonte to jointly submit a proposed briefing schedule regarding a motion for compassionate release within three weeks. Dkt. No. 335. The Court is not in receipt of a proposed briefing schedule. The parties are hereby ORDERED to submit a schedule in accordance with Dkt. No. 335 on or before September 24, 2021.

Mr. Tremonte is further ORDERED to notice an appearance by September 24, 2021. The Government is ORDERED to provide notice of this Order to Mr. Tremonte.

SO ORDERED.

Dated: September 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge