

# SHER TREMONTE LLP

October 13, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

> The Court GRANTS Defendant's request to adjourn the briefing schedule. The briefing schedule is revised as follows:
> - Defense submission due November 8, 2021
> - Government Response due November 22, 2021
> - Defense reply due December 3, 2021
> SO ORDERED.
>
> *Alison J. Nathan*
> 10/15/2021

Re:   *United States of America v. Francisco-Ovalle*
      No. 18 Crim. 526 (AJN)

Dear Judge Nathan:

    I write on behalf of our client, Dorfi Montesino, to respectfully request a three-week adjournment of the upcoming deadline to file a motion pursuant to 18 U.S.C. § 3582(c)(1)(A) in support of Mr. Montesino's application seeking compassionate release. The undersigned is currently on trial before the Honorable Paul G. Gardephe and anticipates that the trial, which has been delayed by approximately one week, will run at least through the end of this week.

    We appreciate the Court's consideration.

                              Respectfully submitted,

                              /s/ Michael Tremonte

                              Michael Tremonte

cc:   All counsel of record by ECF