# SHER TREMONTE LLP

December 1, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/21

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

      Re:    *United States of America v. Franciso-Ovalle*
                No. 18 Crim. 526 (AJN)

Dear Judge Nathan:

    I write on behalf of my client, Dorfi Montesino, to respectfully request an adjournment to December 13, 2021 to file a reply brief in further support of Mr. Montesino's motion pursuant to 18 U.S.C. § 3582(c)(1)(A) seeking compassionate release. The reply brief is currently due on December 3, 2021. The undersigned is attempting to gather documents related to Mr. Montesino's incarceration that respond to the arguments raised by the government in their opposition but is encountering difficulty in obtaining these documents from the BOP. We respectfully request additional time to continue these efforts and allow time for the documents to be physically mailed to us, if necessary.

    We thank the Court for its consideration.

**SO ORDERED.**

*/s/ Alison J. Nathan*
12/3/21

                                  Respectfully submitted,

                                  /s/ Michael Tremonte
                                  Michael Tremonte

CC: All Counsel by ECF